IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH RICHTER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | **8:14CV71**<br><br><br>**ORDER** |

This matter is before the court on plaintiff's motion to reconsider, Filing No. 23, this court's Memorandum and Order, Filing No. 22.  The court has carefully reviewed plaintiff's motion and finds it is frivolous and without merit.  Accordingly, the court will deny the motion.

THEREFORE, IT IS ORDERED that plaintiff's motion to reconsider, Filing No. 23, is denied.

DATED this 14th day of October, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge