IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RUTH RICHTER,

Plaintiff,

vs.

UNITED STATES POSTAL SERVICE,

Defendant.

8:14CV71

ORDER

This matter is before the court on plaintiff's motion for reconsideration, Filing No. 25, of this court's Order, Filing No. 22 and Filing No. 24. The court has carefully reviewed plaintiff's motion and finds it is frivolous and without merit. Accordingly, the court will deny the motion.

THEREFORE, IT IS ORDERED that plaintiff's motion for reconsideration, Filing No. 25, is denied.

Dated this 27th day of October, 2014

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge